IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| IN RE: | ) |
| DOUGLAS J. FORCE and | ) BANKRUPTCY |
| TANYA R. FORCE, | ) No: 07-70706 |
|     Debtors. | ) |

**TRUSTEE'S OBJECTION TO CLAIM #1-1**

NOW COMES Trustee, MARIANN POGGE, and objects to Claim #1-1 filed by PYOD, LLC in the amount of $279.84. The claim is filed against the Estate of Tanya Force. The only asset with equity for the Bankruptcy Estate is titled only in Debtor Douglas Force. Creditor's claim will be allowed against the estate of Tanya Force only and will not be paid from assets titled only in Debtor Douglas Force unless creditor files a timely response showing that it has a basis for claiming against the Estate of Douglas Force.

WHEREFORE, Trustee, Mariann Pogge, prays that this Court enter an Order allowing Trustee's Objection to Claim #1-1 and allowing the claim only against the Estate of Tanya Force and disallowing the claim against the Estate of Douglas Force.

> If you disagree with the objection, you should file an answer and/or amended claim with the Bankruptcy Court within 30 days from the date of this notice. You must file your answer early enough so that the Court will receive it on or before this date. You must serve a copy of your answer on the Trustee and all parties listed on the proof of service, which is attached hereto. ABSENCE OF A TIMELY ANSWER WILL CONSTITUTE A CONSENT TO THE ENTRY OF AN ORDER ALLOWING OR DISALLOWING THE CLAIM AS SET FORTH IN THE OBJECTION. *Go to **www.ilcb.uscourts.gov** for information re: mandatory electronic filing.*

    /s/ Mariann Pogge
Mariann Pogge, Trustee
3300 Hedley Road
Springfield, IL 62711
(217) 793-7412

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 13, 2015, she electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William A Krajec
Mariann Pogge
Timothy E. Ruppel
U.S. Trustee

and further certifies that she sent a copy of the document by first class mail, postage prepaid, to the following:

PYOD LLC
c/o Resurgent Capital Services
POB 19008
Greenville, SC 29602

/s/ Kim Woods, Assistant to Mariann Pogge