Form clmtext

## UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

*In Re:* Douglas J Force and Tanya R Force
*Debtor*

*Case No.:* 07–70706

*Chapter:* 7

---

### *NOTICE OF ENTRY OF TEXT ORDER*

YOU ARE HEREBY NOTIFIED that the text order listed below was entered on the docket this
date.

**Order re: Objection to Claim: #2–1 filed by PYOD, LLC. Objection allowed as filed. (RE:
related document(s)33 Objection to Claim filed by Trustee Mariann Pogge). (court, tbre)**

Dated: 11/13/15

  /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.